433 A.2d 537

Commonwealth v. Wilmer, Appellant.

Submitted September 11, 1980. Michael R. Muth, for appellant; Linda W. Miller, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Appeal dismissed as moot.